**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 10-CV-223 (PAM/JJG)**

| | |
|---|---|
| Dennis Rydell and Judith Rydell,<br><br>Plaintiffs,<br><br>vs.<br><br>Receivables Performance Management, LLC,<br><br>Defendant. | **ORDER** |

Based upon the Plaintiff's Notice of Dismissal With Prejudice as to Defendant Receivables Performance Management, LLC.

**IT IS HEREBY ORDERED**, that Plaintiff's claims against Defendant Receivables Performance Management, LLC, are hereby **VOLUNTARILY DISMISSED** in their entirety, on the merits and **WITH PREJUDICE.** Each party shall bear their own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: April 2, 2010

s/Paul A. Magnuson
Paul Magnuson, Judge
United States District Court